634 A.2d 1329

Emmanuel NNOLI

v.

Nina NNOLI.

No. 94, Sept. Term, 1993.

Court of Appeals of Maryland.

Jan. 6, 1994.

Brian F. Lee, Rockville, for petitioner.

Alan Meiselman, Rockville, for respondent.

Argued before MURPHY, C.J., ELDRIDGE, RODOWSKY, CHASANOW and ROBERT M. BELL, JJ., and CHARLES E. ORTH, Jr., Judge (retired), Specially Assigned.

ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 6th day of January, 1994

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.